UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: S FRANKLIN LLC, | : | Chapter 7 |
| Debtor, | : | Case No. 5:22-bk-00582-MJC |
| | | |
| ESSA BANK & TRUST, | : | Stipulation Resolving |
| Movant | : | Motion for |
| v. | : | Relief from Stay |
| S FRANKLIN LLC, | : | |
| Respondents | : | |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court and the parties are ORDERED to carry out its terms.